FILED
IN OPEN COURT

APR - 8 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:26-cr-3 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 922(g)(1), 924(a)(8) |
| | ) | Felon in Possession of a Firearm |
| STEVEN C. JONES, III, | ) | (Counts One, Two and Five) |
| a/k/a "Wild" | ) | |
| a/k/a "Wildboy" | ) | 21 U.S.C. § 841(a)(1) |
| (Counts 1-7) | ) | Possession with Intent to Distribute Controlled |
| | ) | Substances |
| Defendant. | ) | (Counts Three and Six) |
| | ) | |
| | ) | 18 U.S.C. §§ 924(c)(1)(A)(i) |
| | ) | Using and Carrying a Firearm During |
| | ) | and in Relation to a Drug Trafficking Crime |
| | ) | (Counts Four and Seven) |
| | ) | |
| | ) | 18 U.S.C. § 924(d); 21 U.S.C. § 853; |
| | ) | 28 U.S.C. § 2461 |
| | ) | Forfeiture Allegation |

## SUPERSEDING INDICTMENT

April 2026 TERM – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 26, 2024, in Virginia Beach, in the Eastern District of Virginia, the defendant, STEVEN C. JONES III knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely a Springfield Armory Pistol, Model: Hellcat Pro 9x19mm, which had been previously shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).)

COUNT TWO

On or about May 23, 2025, in Norfolk, in the Eastern District of Virginia, the defendant, STEVEN C. JONES III knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely a Romarm/Cugir Pistol, Model Micro Draco 7.62x39mm, which had been previously shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).)

COUNT THREE

On or about May 23, 2025, in Norfolk, in the Eastern District of Virginia, the defendant, STEVEN C. JONES III did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).)

COUNT FOUR

On or about May 23, 2025, in Norfolk, in the Eastern District of Virginia, the defendant, STEVEN C. JONES III did knowingly use, carry, and possess a firearm, namely a Romarm/Cugir Pistol, Model Micro Draco, 7.62x39mm, during and in relation to, and in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute controlled substances in violation of Title 21, United States Code Section 841(a)(1), as set forth in Count Three of this Superseding Indictment, which is realleged and incorporated by reference as if set forth in full herein.

(In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).)

COUNT FIVE

On or about September 11, 2025, in Norfolk, in the Eastern District of Virginia, the defendant, STEVEN C. JONES III knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely a Century Arms Pistol, Model: Draco, 7.62x39mm, which had been previously shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).)

COUNT SIX

On or about September 11, 2025, in Norfolk, in the Eastern District of Virginia, the defendant, STEVEN C. JONES III, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).)

COUNT SEVEN

On or about September 11, 2025, in Norfolk, in the Eastern District of Virginia, the defendant, STEVEN C. JONES III did knowingly use, carry, and possess a firearm, namely a Century Arms Pistol, Model: Draco, 7.62x39mm, during and in relation to, and in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute controlled substances in violation of Title 21, United States Code Section 841(a)(1), as set forth in Count Six of this Superseding Indictment, which is realleged and incorporated by reference as if set forth in full herein.

(In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

2. The defendant, if convicted of the violation alleged in Count One of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

   a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

   b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

4. The assets subject to forfeiture include, but are not limited to, the following:

   a. One Springfield Armory Pistol, Model: Hellcat Pro, 9x19mm seized on or about August 26, 2024 by Virginia Beach Police Department;

   b. One Romarm/Cugir Pistol, Model Micro Draco, 7.62x39mm seized on or about May 23, 2025 by Norfolk Police Department;

   c. One Century Arms Pistol, Model: Draco, 7.62x39mm seized on or about September 11, 2025 by Norfolk Police Department.

(In accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office



A TRUE BILL:

REDACTED COPY

______________________________
FOREPERSON

Todd W. Blanche
Acting Attorney General

By: ______________________________
Joseph E. DePadilla
Assistant United States Attorney
Taryn Meeks
Special Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
Email: joe.depadilla@usdoj.gov